

# THE ATTORNEY GENERAL
## OF TEXAS

AUSTIN 11, TEXAS

RAID C. MANN
~~GERALD C. MANN~~
~~ATTORNEY~~
~~ATTORNEY GENERAL~~

Mr. Chas. A. Tosch
County Auditor
Dallas County
Dallas, Texas

Dear Sir:

Opinion No. 0-1675

Re: Whether voting machines may be lawfully employed in certain voting precincts of the county and not in other precincts thereof.

Your request for an opinion from this department with respect to the above subject matter has been received, the request being as follows:

'As it seems that Dallas County does not have sufficient voting machines to be used in all voting precincts of the County, I would like an opinion from your department advising me whether or not the voting machines can be used in the City of Dallas proper and the old Australian ballot system used in the County precincts in Primaries or other elections."

By statute (Article 2997a Ver. Tex. Stat.) the use of voting machines has been authorized.

The Supreme Court has held that these statutes are constitutional, (Wood v. State, 126 S. W. (2) 4).

There is nothing in the statutes, however, that makes it compulsory to use the voting machines, so that the non-voting machine method of old is yet lawful. Neither is there anything in the statutes that would forbid the use of the voting machine in some of the precincts and the non-voting machine method in the other precincts. The one method is as legal as the other, and both being legal, there would be no valid objection to the use of both methods in the one election; neither do we find any sound reason why this dual method should not be employed at any election. Therefore, your inquiry is answered "yes".

Very truly yours

ATTORNEY GENERAL OF TEXAS

By s/Ocie Speer
Ocie Speer
Assistant

OS:MR:wc

APPROVED NOV 17, 1939
s/Gerald C. Mann
ATTORNEY GENERAL OF TEXAS

Approved Opinion Committee By s/BWB Chairman